In re Tucker, Jerry; — Plaintiff; Applying for Supervisory and/or Remedial Writs, Parish of E. Baton Rouge, 19th Judicial District Court Div. V, No. 4-90-16; to the Court of Appeal, First Circuit, No. 99 KW 2490.
Denied. See, e.g., Deloch v. Whitley, 96-1901, p. 1 (La.11/22/96), 684 So.2d 349; see also Coe v. Bell, 161 F.3d 320, 352-55 (6th Cir.1998).
JOHNSON, J.,
Relator did not move to quash the indictment, and waived the discrimination claim. Francis v. Henderson, 425 U.S. 536, 96 S.Ct. 1708, 48 L.Ed.2d 149.